RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/30/06
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBERT R. SAXTON | CIVIL ACTION NO. 06-1274 |
| versus | JUDGE STAGG |
| SAMSTOWN CASINO | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** due to a lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, the 30th day of August, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE